IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RANDALL,<br><br>    Plaintiff,<br><br>  v.<br><br>GATESTONE & CO., INTERNATIONAL, INC.,<br><br>    Defendant. | No. 2:20-CV-2019-WBS-DMC<br><br><br>ORDER |

       Plaintiff, who is proceeding pro se, brings this civil action. On September 21, 2021, the Court determined Plaintiff's complaint was appropriate for service and directed Plaintiff to submit documents necessary for service by the United States Marshal within 15 days. See ECF No. 5. To date, Plaintiff has not complied.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    The initial scheduling conference set for January 26, 2022, before the undersigned in Redding, California, at 1000 a.m., is hereby vacated; and

///

///

///

///

2.	Plaintiff shall show cause in writing within 30 days of the date of this order why the action should not be dismissed for failure to comply with court rules and orders and failure to effect timely service of process.

Dated: January 19, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE