1
2
3
4
5
6
7
8                **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JOSHUA RANDALL,                              No.  2:20-CV-2019-WBS-DMC

12                    Plaintiff,

13         v.                                      ORDER

14    GATESTONE & CO.,
      INTERNATIONAL, INC.,
15
                      Defendant.
16

17

18              Plaintiff, who is proceeding pro se, brings this civil action.  On September 21,

19    2021, the Court determined Plaintiff's complaint was appropriate for service and directed Plaintiff

20    to submit documents necessary for service by the United States Marshal within 15 days.  See ECF

21    No. 5.  As of January 19, 2022, Plaintiff had not complied, and Defendants had not been served.

22    The Court directed Plaintiff to show cause within 30 days why the action should not be dismissed

23    for failure to effect timely service of process.  See ECF No. 7.  Plaintiff filed a response to the

24    order to show cause on February 28, 2022.  See ECF No. 9.

25              In his response, Plaintiff indicates that he experienced personal family issues

26    which prevented him from effecting service of process.  See id.  For good cause shown, the Court

27    will discharge the January 19, 2022, order to show cause and direct the Clerk of the Court to re-

28    issue summons and related service documents.  Plaintiff will be provided an additional

1  opportunity to prosecute this action.

2          Plaintiff alleges violations of the federal Fair Debt Collection Practices Act by

3  Defendant, a debt collecting company, between March and May 2020.  The Court concludes that

4  it has subject matter jurisdiction and that the complaint is appropriate for service by the United

5  States Marshal without pre-payment of costs.  If Plaintiff, who has been granted in forma pauperis

6  status, <u>see</u> ECF No. 3, desires service of process by the United States Marshal without pre-

7  payment of costs, Plaintiff must comply with the requirements outlined below.  Plaintiff is

8  warned that failure to comply with this order, or otherwise effect service pursuant to Federal Rule

9  of Civil Procedure 4, may result in dismissal of the action for lack of prosecution and failure to

10  comply with court rules and orders.  <u>See</u> Local Rule 110.

11          Accordingly, IT IS HEREBY ORDERED that:

12        1.    The order to show cause issued on January 19, 2022, ECF No. 8, is

13  discharged;

14        2.    The Clerk of the Court shall re-issue a summons in a civil case, the

15  undersigned's new case documents, and an order setting this matter for an initial scheduling

16  conference;

17        3.    The Clerk of the Court shall send Plaintiff the summons, one (1) USM-285

18  forms, and a copy of the complaint;

19        4.    Within 15 days from the date of this order, Plaintiff shall complete the

20  summons by indicating the addresses of the named Defendants and shall submit to the United

21  States Marshal at the address indicated below the following documents:

22              a.    The completed summons;

23              b.    One completed USM-285 form for each named Defendant;

24              c.    Two (2) copies of the complaint; and

25              d.    One (1) copy of the court's initial scheduling conference
   order issued herewith;

26

27  / / /

28  / / /

2

1          5.      Within 20 days of the date of this order, Plaintiff shall file a notice

2 indicating that the documents described above have been submitted to the United States Marshal,

3 or a notice that Plaintiff intends to serve the summons and complaint without assistance from the

4 United States Marshal;

5          6.      If Plaintiff seeks the assistance of the United States Marshal, the United

6 States Marshal is directed to serve all process without pre-payment of costs not later than 60 days

7 from the date of this order, such service of process to be completed by serving a copy of the

8 summons, complaint, and initial scheduling conference order on the Defendants at the addresses

9 provided by Plaintiff; and

10          7.      The Clerk of the Court is directed to serve a copy of this order on the

11 United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

13 Dated:  March 23, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3