**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA RANDALL,<br><br>           Plaintiff,<br><br>     v.<br><br>GATESTONE & CO., INTERNATIONAL, INC.,<br><br>           Defendant. | No.  2:20-CV-2019-WBS-DMC<br><br>FINDINGS AND RECOMMENDATIONS |

      Plaintiff, who is proceeding pro se, brings this civil action.  On March 23, 2022, the Court issued an order requiring Plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the Court within 20 days that said documents have been submitted.  Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.  More than 20 days have elapsed and Plaintiff has not complied.

      Based on the foregoing, the undersigned recommends that this action be dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and orders.

/ / /

/ / /

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the court.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 20, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2