1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11  JOSHUA RANDALL,                          No. 2:20-CV-2019-WBS-DMC

12          Plaintiff,

13      v.                                   <u>ORDER</u>

14  GATESTONE & CO.,
    INTERNATIONAL, INC.,
15
            Defendant.
16

17

18         Plaintiff, who is proceeding pro se, brings this civil action. The matter was

19  referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

20         On May 20, 2022, the Magistrate Judge filed findings and recommendations herein

21  which were served on the parties and which contained notice that the parties may file objections

22  within the time specified therein. No objections to the findings and recommendations have been

23  filed.

24         The Court has reviewed the file and finds the findings and recommendations to be

25  supported by the record and the Magistrate Judge's analysis.

26  / / /

27  / / /

28  / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 20, 2022, are adopted in full;
2. This action is dismissed without prejudice for lack of prosecution; and
3. The Clerk of the Court is directed to enter judgment and close this file.

Dated: October 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE